UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ] ] ] | |
| v. | ] ] | Case No. 19-CR-372 (03) |
| LINDA BROOKS | ] ] ] | Judge McFadden |

**JOINT MOTION BY DEFENDANT LINDA BROOKS AND THE GOVERNMENT
FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDA**

Defendant Linda Brooks, through undersigned counsel, and the government, respectfully move this Court for an extension of time to file sentencing memoranda for Ms. Brooks.

In support of this motion the parties state the following:

1.      On July 28, 2022, defendant Linda Brooks had a plea agreement hearing in the above-titled case before the Honorable Emmet Sullivan.  Judge Sullivan set sentencing for December 15, 2022.  The deadline for the government's sentencing memorandum was set for November 17, 2022, and the defense sentencing memorandum for December 1, 2022.  Ms. Brooks remained on personal recognizance bond pending sentencing.   On September 7, 2023, Judge Sullivan re-scheduled the sentencing hearing for January 25, 2023.

On October 18, 2022, the case was re-assigned to the Honorable Trevor McFadden.  On October 19, 2022, Judge McFadden re-scheduled the sentencing hearing to January 26, 2022.

2.      While the sentencing dates were re-scheduled, the sentencing memoranda

1

deadlines were not re-scheduled.   The parties request that the sentencing memoranda deadlines be re-scheduled to the following dates closer in time to the re-scheduled January 26, 2023, sentencing hearing:

>Government sentencing memorandum due January 12, 2023

>Defense sentencing memorandum due January 19, 2023

For the reason stated above, the parties request that the motion be granted.

Respectfully submitted,

_____/s/_____
Joanne D. Slaight, #332866
400   7th St, N.W., Suite 206
Washington, DC   20004
Phone (202) 408-2041
Email:   jslaight@att.net